**United States v. SLOAN, et al.**

No. 4:14CR00152 RWS (NCC)

| Date | Description of Event | Witness | Standing | Defendants against whom evidence will be introduced |
|---|---|---|---|---|
| 06/27/2014 | Search of Self Storage Unit 403 located at 1501 Corner Stone Dr., St Charles, MO | S/A Aaron Burdine | Greg Sloan | All Defendants |
| 07/09/2014 | Search of Android Mobile Phone | USPI Mark Hallisay | Igor Holdaiy | All Defendants |
| 10/02/2014 | Search of ZTE Android Mobile Phone | USPI Mark Hallisay | Roger Galvin | All Defendants |
| 10/02/2014 | Search of thumb drive containing Quickbook records | S/A Robert J. Anderson | Roger Galvin | All Defendants |
| 10/16/2014 | Search of Apple iPhone | USPI Mark Hallisay | Roger Galvin | All Defendants |
| 04/10/2015 | Search of email address robjaynes0@gmail.com | S/A Robert J. Anderson | Robert Jaynes | All Defendants |

*[EVENTS re: United States v. RAO, et al.]*

No. 4:14CR00150 JAR (TCM)

| Date | Description of Event | Witness | Standing | Defendants against whom evidence will be introduced |
|---|---|---|---|---|
| 08/18/2014 | Search of HTC Android Mobile Phone | S/A Aaron Burdine | Matt Fiedler | All Defendants |
| 08/20/2014 | Search of HTC Android Mobile Phone | S/A Aaron Burdine | Matt Fiedler | All Defendants |