# COURTROOM MINUTE SHEET
## SENTENCING/SUPERVISED RELEASE REVOCATION PROCEEDINGS
### HONORABLE RODNEY W. SIPPEL
### COURTROOM 16 SOUTH

Date __4/11/17__   Case No. __4:14CR152 RWS__
UNITED STATES OF AMERICA vs. __Robert Jaynes, Jr.__
Deputy Clerk __Andrea Luisetti__   Court Reporter __Shannon White__
Interpreter _____
Probation Officer __Present__
Assistant U.S. Attorney __James Delworth, Eric Granger__
Defendant Attorney __Nanci McCarthy, Michelle Monahan__

(X) Defendant/Parties present for imposition of sentence
(X) Presentence Report adopted/accepted by Court as findings of fact
(X) Sentence imposed :

Defendant is committed to the custody of the US-BOP for a term of 138months . This term consists of a term of 138 months on Count I and 60 months on Count II to run concurrently.   Defendant shall be on supervised release for a term of three years. Defendant is ordered to pay a $200.00 special assessment fee.   J&C to follow.

( ) Count _____ is dismissed on motion of AUSA
( ) Objections to Presentence heard:
( ) Granted  ( ) Denied
_____

(x) The Court makes the following recommendations to the Bureau of Prisons:
   Defendant be designated to a facility as close to Indianapolis, Indiana area as possible.

( ) Testimony heard regarding issue of restitution
( ) Defendant released on probation
(X) Defendant remanded to the custody of the USM.
( ) Surrender date no earlier than _____
( ) Exhibits returned to and retained by counsel

**Proceedings Commenced** __9:40 a.m.__   **Concluded** __12:50 p.m.__